```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :   18cr41-20(DLC)
         -v-                             :
                                         :       ORDER
BO WILLIAMS,                             :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 28, 2021, defense counsel informed the Court that the defendant prefers that the initial conference in this matter occur in person. Accordingly, it is hereby

ORDERED that an initial conference will be held on **October 8, 2021 at 1:00 PM** in person in **Courtroom 18B, 500 Pearl Street**. At that conference, a trial date will be chosen. After the Government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to the defendants, the Court will consult the parties regarding the scheduling of the trial. After a trial date is selected, a schedule for motions will be set and the propriety of any exclusion of time under the Speedy Trial Act will be addressed.

IT IS FURTHER ORDERED that counsel for the Government and the defendants will consult in advance of the conference to reach agreement, if possible, on a proposed date for the trial.

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here**:

https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals also must to wear a mask that covers their nose and mouth in the courthouses.  Bandannas, gaiters and masks with valves are prohibited.

IT IS FURTHER ORDERED that by **October 1, 2021,** defense counsel must advise the Court of how many spectators will attend the proceeding.  The parties must advise the Court by the same date how many individuals will be seated at counsel's tables.  Special accommodations may need to be made if more than **ten** spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court proceeding may listen to it through a telephone link by calling **888-363-4749** and using access code **4324948**.

Dated:   New York, New York
         September 29, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge