```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
                -v-                      :         18cr41-20 (DLC)
                                         :
 BO WILLIAMS,                            :              ORDER
                                         :
                       Defendant.        :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the defendant is scheduled to enter a change of plea in person in Courtroom 18B, 500 Pearl Street, on **May 12, 2022, at 3:00 PM.**  In light of the ongoing COVID-19 pandemic,

    IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here:**

    https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public Media v.5.pdf

IT IS FURTHER ORDERED that all individuals should practice social distancing when possible in the courthouse. Individuals also must wear a KN94, KN95, or N95 mask that covers their nose and mouth in the courthouses. Cloth masks, surgical masks, bandannas, gaiters and masks with valves are prohibited.

SO ORDERED:

Dated:    New York, New York
          May 5, 2022

                                        _____
                                              DENISE COTE
                                        United States District Judge